THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAM LANGDON et al., Appellants, *v.* WILLIAM DALTON, as Commissioner of Water Supply of the City of New York, et al., Respondents.

*People ex rel. Langdon* v. *Dalton*, 49 App. Div. 71, affirmed.
(Submitted April 18, 1900; decided May 11, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

March 20, 1900, reversing an order of Special Term directing the issuance of a peremptory writ of mandamus requiring the defendants to reinstate the relators in their positions of stream cleaners in the department of water supply of the city of New York.

*George Wallace* for appellants.

*John Whalen, Corporation Counsel* (*William J. Carr* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.